ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)     PAGE 1

RECEIVED
AUG 15 2005
UNITED STATES DISTRICT COURT
DISTRICT OF MISSISSIPPI

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**FILED**
AUG 15 2005
ARLEN B. COYLE, CLERK
By _____ Deputy

GARY S. COX SR.
_____
Plaintiff

v.

DEPARTMENT OF HUMAN SERVICES
LEE County Sheriff DEPT, Linda Beicaker
_____
Defendant

CASE NO. 41,259
1:05CV195-B-?

## PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

   A. Legal name: GARY SEdecki COX SR.
   B. Name under which sentenced: GARY S. COX SR.
   C. Inmate identification number: 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
   D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): 520 S. CANAL St TUPELO MS, 38804.
   E. Place of confinement: 510 N Commerce St Tupelo MS, 38804

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

   Name: DHS Department of Human Services
   Title (Superintendent, Sheriff, etc.): 
   Defendant's mailing address (street or post office box number, city, state, ZIP): P.O Box 7187 Tupelo, MS, 38802

Name: **Linda Beicaler**

Title (Superintendent, Sheriff, etc.): **Lee County Sheriff Dept.**

Defendant's mailing address (street or post office. box number, city, state, ZIP): **510 N. Commerce St. Tupelo MS 38804**

Name:

Title (~~Superintendent, Sheriff, etc.~~): **Department of Human Services**

Defendant's mailing address (street or post office box number, city, state, ZIP): **405 S. Spring Tupelo MS, 38801**

Name:

Title (Superintendent, Sheriff, etc.):

Defendant's mailing address (street or post office box number, city, state, ZIP)

(If additional Defendants are named, provide on separates sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment?  ☐ Yes  ☑ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

    A. Parties to the lawsuit:

    Plaintiff(s): _____

    Defendant(s): _____

    B. Court: _____    C. Docket No.: _____

    D. Judge's Name: _____    E. Date suit filed: _____

    F. Date decided: _____    G. Result (affirmed, reversed, etc.): _____

5. Is there a prisoner grievance procedure or system in the place of your confinement?  ☑ Yes  ☐ No

6. If "Yes," did you present to the grievance system **the same facts and issues** you allege in this complaint? (See question 9, below).  ☑ Yes  ☐ No

7. If you checked "Yes" in Question 6, answer the following questions:

A. Does the grievance system place a limit on the time within which a grievance must be presented? ☐ Yes ☒ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed? ☒ Yes ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

I fill out grievances forms on 7-24-05 and waited. I then recieved a response and my paper work from the chift sgt. stating He did not no anthing about a court date.

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

> **Special Note:** Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

    N/A

9. Write below, as briefly as possible, the **facts** of your case. Describe how **each** Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

    From May 16 05 until July 19 05 I set out old fines in the Lee County Adult Jail. Upon my release date I was told I could not leave because Chancery Clerk office had a hold on me and I had to come up with 2000 Dollars on back time child support. I did not have $2000 I have been in Jail since May 16-05. Ask the officer in charge of Booking and Releasing for paper work concerning the matter he laughed at me and told me "will get it when I get." I was incarcerated with a young white man name Joseph Franklin whom had also been arest for back time child support by the same defendant Lee County Sheriff Dept Tupelo Police Dept. Joseph Franklin stayed in the holding cell 15 min. Mrs. Linda in charge of Booking and Releasing, told him

To go down to the DHS child support Division and make payment arrangments He was released immediatly. I am still incarcerated. They recieve my intire fed. incom tax return in 2004

10. State briefly exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

I want the just courts to have me released immeutly and allow me to make payment arrangements. I want $1000 for every day I was unjustly held in this jail and treated badly I want $50,000 for sedurance of mental pain and medical neglect. I also want the courts to look into the fact that I am getting charged for child support for two grown sons that are 21 and out working on their own. I wasn't informed of any court date matte of fact I was in moss point MS. March 2002 And I recieved no such papers so how can I be held in compitent I have Thousands of dollars worth of reciepts where I payed child support on record I want the court to take this in concideration I want my x wife to be made to pay back all money recievd after my sons left in 2000

This Complaint was executed at (location): LEE County Tupelo Adult Jail

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: 7-27-05

[Plaintiff's Signature]
Plaintiff's Signature

# Lee County/Tupelo Adult Jail

## INMATE COMPLAINT FORM

Inmates name: GARY S. Cox    Date: 7-24-05

Location:   POD: A, B, (C), D, E, F, G, other _____

DETAILS OF COMPLAINT: I completed 100 days given by Judge upon my release date I was Told That the chancery clerk made a hold on me I ask for paper work concerning the matter and was not been help in any way in need I was not informed of court date or any thing I was told I needed to be released I want to see some paper work and the ___ ___

Turned over to: _____    Date: 7-24-05
              (Name of Corrections Officer)
Inmates signature: Gary S Cox    Date: _____

Received by Shift Sergeant: Lt. D. ___    Date action taken: 7-28-05

Disposition: Sir, I am not sure about your court date but I ___ ___ copy of your paperwork

Signature of Shift Sergeant: Lt. ___    Date: 7-28-05

(Complaint will not be answered unless all copies are turned in)

IN THE CHANCERY COURT OF **Lee** COUNTY, MISSISSIPPI

DEPARTMENT OF HUMAN SERVICES
STATE OF MISSISSIPPI                                            PLAINTIFF

VS.                                                             NO. **41,259**

**Gary Cox**                                                    DEFENDANT
SSN: **427375024**

## ORDER

This action having come on for hearing this date upon Complaint of the Plaintiff and the Court hereby finds and Orders as follows:

( ) CONTINUED TO AND SET FOR HEARING ON THE _____ day of _____, 200_, at 9:30 a.m. in the Chancery Court in _____, Mississippi.

( ) CONTINUED until further order of the Court.

(xx) The defendant is found to be in civil contempt and is ordered to be incarcerated in the **Lee** County Jail until he/she has purged himself/herself of civil contempt by the payment of $ **2000.00** to the **Lee** County Child Support Office.

( ) Court costs assessed against _____

ORDERED, ADJUDGED AND DECREED, this the **4** day of **March**, 200**2**.

_John C. Ross_
CHANCELLOR

PRESENTED BY:

STACI BEVILL, Attorney for DHS
PO BOX 7187
Tupelo, MS 38802
Tel: (662) 841-9095
Bar No: 99137

575

Filed
MAY 7 2005

**RECEIVED**
MAY 2 5 2005
PONTOTOC COUNTY

odidly